## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark Bleier, and | : | Bankruptcy Case No.: 18-21259-CMB |
| Darlene Bleier, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | |
| Mark Bleier, | : | Document No.: |
| | : | |
| Movant, | : | Related to Document No.: 48 |
| | : | |
| v. | : | |
| | : | |
| Sound Hearing, Inc., | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage

Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at

the address listed below on July 5, 2018, via first class mail postage prepaid:

**Sound Hearing, Inc.**
**ATTN: Payroll Department**
**13123 Eureka Road**
**Southgate, MI  48195**

Executed on:   July 5, 2018

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for
Debtor(s)