**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | Mark Bleier, and : | Bankruptcy Case No.: 18-21259-CMB |
| | Darlene Bleier, : | |
| | : | Chapter 13 |
| | Debtors. : | |
| | _____ : | |
| | Mark Bleier, : | Document No.: |
| | : | |
| | Movant, : | Related to Document No.:   47 |
| | : | |
| | v. : | |
| | : | |
| | Sound Hearing, Inc., : | |
| | : | |
| | Respondent. : | |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named Debtor having filed a Chapter 13 petition having moved to attach wages to fund the Chapter 13 Plan:

    IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income: **Sound Hearing, Inc., ATTN: Payroll Department, 13123 Eureka Road, Southgate, MI 48195** shall deduct from that income **$909.23** bi-weekly, for a monthly total of **$1,970.00**, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.D. PA.
        P.O. BOX 84051
        CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.
IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the debtor's full social security number on the above-named entity.  Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.  (note: emphasis added)
IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.
IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.
IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the Administration of this attachment order, except as may be allowed upon application to and order of this Court.

Dated this ___5th___ day of ___July, 2018___, _____.

*Carlota M. Böhm*
United States Bankruptcy Judge        **kmt**

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
7/5/18 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Bleier
Darlene Bleier
    Debtors

Case No. 18-21259-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Jul 05, 2018
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2018.
db            +Mark Bleier,    1352 High Oak Court,    Pittsburgh, PA 15241-3500
              +Sound Hearing Inc.,    Attn: Payroll Department,    13123 Eureka Road,    Southgate, MI 48195-1345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:
         Brian C. Thompson    on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         Brian C. Thompson    on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com, cnoroski@grblaw.com
         Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
         Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al... pabk@logs.com
         Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
         Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com, agilbert@tuckerlaw.com
         Michael C. Mazack    on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com, agilbert@tuckerlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                            TOTAL: 15