**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-21259-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Mark Bleier
1352 High Oak Court
Pittsburgh PA 15241

Darlene Bleier
1352 High Oak Court
Pittsburgh PA 15241

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/03/2018.

Name and Address of Alleged Transferor(s):

Claim No. 18: BNY Mellon, et al..., c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146

Name and Address of Transferee:

Select Portfolio Servicing, LLC
PO Box 65250
Salt Lake City, UT 84165-0250

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/08/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Bleier
Darlene Bleier
    Debtors

Case No. 18-21259-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr        Page 1 of 1        Date Rcvd: Aug 06, 2018
                              Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14862287      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 07 2018 02:10:34
          BNY Mellon, et al...,   c/o Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd.,
          5th Floor,   Coral Gables, FL 33146-1837
                                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
        Brian C. Thompson   on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
         ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        Brian C. Thompson   on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
         ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
        James Warmbrodt   on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of
         New York Mellon bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jill Locnikar   on behalf of Creditor    United States of America Department of the Treasury,
         Internal Revenue Service jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
        Kevin Scott Frankel   on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank
         of New York Mellon pabk@logs.com
        Kevin Scott Frankel   on behalf of Creditor    Bayview Loan Servicing, LLC, et al... pabk@logs.com
        Laurence A. Mester   on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
         jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
        Michael C. Mazack   on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com,
         agilbert@tuckerlaw.com
        Michael C. Mazack   on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com,
         agilbert@tuckerlaw.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
         sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        William E. Craig   on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                            TOTAL: 17