# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | MARK & DARLENE BLEIER |
| **Case Number:** | 18-21259-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 27, 2018  10:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/27/18 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#24 - Final Confirmation of Plan Dated 4/27/2018 (NFC)
+Amended Objections By: Select Porfolio Servicing as servicer for The Bank of NY Mellon
R / M #: 24 / 0

### Appearances:

*Lemon*

Debtor:
Trustee: Winnecour / (Pail) Katz / DeSimone

Creditor:

*Carothers — M & C Bleier*
*EBeck — Capital One*
*Pecarchik — Bayview / BNY/Mello*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 10/10/18 at 10:00.
10. _____ Other:

*Unfiled 2013, 2014, 2016 & 2017 taxes*

*Plan underfunded.*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Bleier
Darlene Bleier
    Debtors

Case No. 18-21259-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 2     Date Rcvd: Sep 27, 2018
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/jdb         +Mark Bleier,    Darlene Bleier,    1352 High Oak Court,    Pittsburgh, PA 15241-3500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:

         Brian C. Thompson    on behalf of Plaintiff Darlene  Bleier bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
          ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         Brian C. Thompson    on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
          ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         Brian C. Thompson    on behalf of Plaintiff Mark  Bleier bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
          ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         Brian C. Thompson    on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
          ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         James  Warmbrodt    on behalf of Creditor   Select Portfolio Servicing as servicer for The Bank of
          New York Mellon bkgroup@kmllawgroup.com
         James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor   Borough of Bridgeville jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor   Chartiers Valley School District jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
          cnoroski@grblaw.com
         Jill  Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
          Internal Revenue Service jill.locnikar@usdoj.gov,
          patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
         Kevin Scott Frankel    on behalf of Creditor   Select Portfolio Servicing as servicer for The Bank
          of New York Mellon pabk@logs.com
         Kevin Scott Frankel    on behalf of Creditor   Bayview Loan Servicing, LLC, et al... pabk@logs.com
         Laurence A. Mester    on behalf of Defendant   Capital One Auto Finance lmester@mesterschwartz.com,
          jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
         Laurence A. Mester    on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com,
          jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
         Michael C. Mazack    on behalf of Creditor   Township of Upper St. Clair mmazack@tuckerlaw.com,
          agilbert@tuckerlaw.com
         Michael C. Mazack    on behalf of Creditor   Upper St. Clair School District mmazack@tuckerlaw.com,
          agilbert@tuckerlaw.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC
          sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         William E. Craig   on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

```
District/off: 0315-2           User: jhel                  Page 2 of 2              Date Rcvd: Sep 27, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 20