# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark Bleier, and Darlene Bleier, | : | Bankruptcy Case No.: 18-21259-CMB |
| | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Mark Bleier, and Darlene Bleier, | : | Document No.: |
| | : | |
| | : | Related to Document No.: 74 |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| Bayview Loan Servicing, LLC, | : | |
| | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Late Entry Into Loss Mitigation, Proposed Order, and Certification on LMP Eligibility and Readiness on the following parties at the addresses listed below on March 11, 2019, via electronic mail and/or first-class mail postage prepaid:

Bayview Loan Servicing, LLC
ATTN: Loan Modification Department
4425 Ponce de Leon Boulevard, Fifth Floor
Coral Cables, FL  33146

Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA  19406

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:   March 11, 2019

/s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com