# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark Bleier, and<br>Darlene Bleier, | : | Bankruptcy Case No.: 18-21259-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Mark Bleier, and<br>Darlene Bleier, | : | Document No.: |
| | : | Related to Document No.: 78 |
| Movants, | : | |
| v. | : | |
| Select Portfolio Servicing, LLC, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Amended Loss Mitigation Order on the following parties at the addresses listed below on April 9, 2019, via electronic mail and/or first-class mail postage prepaid:

Select Portfolio Servicing, LLC
P.O. Box 65250
Salt Lake City, UT  84165-0250

Select Portfolio Servicing, LLC
P.O. Box 65450
Salt Lake City, UT  84165-0450

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  April 9, 2019

/s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com