**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-21259-CMB |
| | ) | |
| Mark Bleier, | ) | Chapter 13 |
| Darlene Bleier, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | July 24, 2019 at 11:00 a.m. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Mark Bleier and Darlene Bleier.

2. This is an interim application for the period March 30, 2018 through June 11, 2019.

3. Previous retainer paid to Applicant: $1,500.00.

4. Previous interim compensation allowed to Applicant: $2,500.00

5. Applicant requests additional:
   Compensation of $6,050.00
   Reimbursement of Expenses of $263.14

6. A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Carlota M. Böhm, on July 24, 2019 at 11:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before June 28, 2019, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: June 11, 2019         /s/Brian C. Thompson
                             Brian C. Thompson, Esquire
                             PA ID No. 91197
                             THOMPSON LAW GROUP, P.C.
                             125 Warrendale Bayne Road, Suite 200
                             Warrendale, PA 15086
                             (724) 799-8404
                             bthompson@thompsonattorney.com