## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Mark Bleier, and Darlene Bleier, | Bankruptcy Case No.: 18-21259-CMB |
| Debtors. | Chapter 13 |
| Mark Bleier, and Darlene Bleier, | Document No.: |
| Movants, | Related to Document No.: 85, 92 |
| v. | |
| Select Portfolio Servicing, LLC, | |
| Respondent. | |

## LOSS MITIGATION FINAL REPORT

AND NOW come the Debtors, Mark Bleier and Darlene Bleier by and through their undersigned counsel, and submits the following Loss Mitigation Final Report:

1. The Debtors filed a Motion for Loss Mitigation on March 11, 2019 at Docket No. 74 for a loan modification of the first mortgage on their primary residence with Select Portfolio Servicing, LLC.

2. An Amended Motion for Loss Mitigation was filed on March 15, 2019 at Docket No. 76.

3. An Amended order for Loss Mitigation was issued on April 9, 2019 at Docket No. 78.

4. The Debtors have failed to provide a completed loan modification package with all of the required documents.

5. No Portal was opened in the DMM Portal.

6. A Motion to Terminate Loss Mitigation was filed on May 31, 2019 at Docket No. 85.

7. An Order terminating loss mitigation was issued on June 12, at Docket No. 92.

Date: June 14, 2019                                    /s/Brian C. Thompson
                                                       Brian C. Thompson, Esquire
                                                       Attorney for Debtor(s)
                                                       PA I.D. No. 91197
                                                       THOMPSON LAW GROUP, P.C.
                                                       125 Warrendale Bayne Road, Suite 200
                                                       Warrendale, Pennsylvania 15086
                                                       (724) 799-8404 Telephone
                                                       (724) 799-8409 Facsimile
                                                       bthompson@thompsonattorney.com