IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Mark Bleier, and Darlene Bleier, | Bankruptcy Case No.: 18-21259-CMB |
| Debtors. | Chapter 13 |
| Mark Bleier, and Darlene Bleier, | Document No.: |
| Movants, | Related to Document No.: 85 |
| v. | |
| Select Portfolio Servicing, LLC, | |
| Respondent. | |

## ORDER OF COURT

AND NOW this _12th_ day of _June_, 20_19_, upon consideration of Debtor's Motion to Terminate Participation in Loss Mitigation Program it is hereby ORDERED, ADJUDGED, and DECREED that the Loss Mitigation process is terminated. A Final Report shall be filed on or before June 19, 2019.

_____
United States Bankruptcy Judge

FILED
6/12/19 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Bleier
Darlene Bleier
    Debtors

Case No. 18-21259-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2     Date Rcvd: Jun 12, 2019
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
db/jdb         +Mark Bleier,    Darlene Bleier,    1352 High Oak Court,    Pittsburgh, PA 15241-3500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14893135       E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2019 02:41:09
                Select Portfolio Servicing, LLC,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                                                                                                                                          TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
               Brian C. Thompson    on behalf of Plaintiff Darlene  Bleier bthompson@ThompsonAttorney.com,
                blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com,
                blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Mark  Bleier bthompson@ThompsonAttorney.com,
                blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com,
                blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Jillian Nolan Snider    on behalf of Creditor    Township of Upper St. Clair jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              Jillian Nolan Snider    on behalf of Creditor    Upper St. Clair School District jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al... pabk@logs.com
              Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Michael C. Mazack    on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com
              Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Jun 12, 2019
                              Form ID: pdf900         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                           TOTAL: 22