## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MARK & DARLENE BLEIER |
| **Case Number:** | 18-21259-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 12, 2019 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/13/19 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#64 - Final Confirmation of Plan Dated 12/20/2018 (NFC)
R / M #: 64 / 0

*Appearances:*      Thompson

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

Locnikar - IRS
Pecarchik - BNYM / SPS.

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 10/4/19
         Objections are due on or before 10/25/19.
         A hearing on the Amended Plan is set for 11/7/19 at 1:00.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/5/2019    3:35:29PM