# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark Bleier, and, | : | Bankruptcy Case No.: 18-21259-CMB |
| Darlene Bleier, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | |
| Thompson Law Group, P.C., | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 105, 106 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | November 20, 2019 at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR JUDGMENT ORDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 24, 2019 at Document No. 105 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No.106, Objections were to be filed and served no later than November 10, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 105 be entered by the Court.

Date: <u>November 12, 2019</u>          /s/ Brian C. Thompson
                                                           Brian C. Thompson, Esquire
                                                           Attorney for Debtors
                                                           PA ID No. 91197
                                                           THOMPSON LAW GROUP, P.C.
                                                           125 Warrendale Bayne Road, Suite 200
                                                           Warrendale, PA 15086
                                                           (724) 799-8404 Telephone
                                                           (724) 799-8409 Facsimile
                                                           bthompson@thompsonattorney.com