FILED
11/12/19 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** MARK & DARLENE BLEIER
- **Case Number:** 18-21259-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 07, 2019  01:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

\# - Amended Plan Due:  10/4/2019 (NFC)
[NO AMD PLAN FILED PER O/E #99]
R / M #:  0 / 0

### *Appearances:*

- Debtor: Lemon
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor: BNY Mellon: Pekarchick

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 12-18 at 11:00.
10. _____ Other:

Contested due to high arrears, no payment since august.

10/30/2019  11:21:26AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark Bleier  
Darlene Bleier  
    Debtors

Case No. 18-21259-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 2    Date Rcvd: Nov 12, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db/jdb          +Mark Bleier,   Darlene Bleier,   1352 High Oak Court,   Pittsburgh, PA 15241-3500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

      Brian C. Thompson    on behalf of Plaintiff Darlene  Bleier bthompson@ThompsonAttorney.com,  
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com  
      Brian C. Thompson    on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com,  
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com  
      Brian C. Thompson    on behalf of Plaintiff Mark  Bleier bthompson@ThompsonAttorney.com,  
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com  
      Brian C. Thompson    on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com,  
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com;mswenson@thompsonattorney.com  
      James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com  
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com, cnoroski@grblaw.com  
      Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com, cnoroski@grblaw.com  
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov  
      Jillian Nolan Snider    on behalf of Creditor    Township of Upper St. Clair jsnider@tuckerlaw.com, agilbert@tuckerlaw.com  
      Jillian Nolan Snider    on behalf of Creditor    Upper St. Clair School District jsnider@tuckerlaw.com, agilbert@tuckerlaw.com  
      Kevin Scott Frankel    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon pabk@logs.com  
      Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al... pabk@logs.com  
      Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
      Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
      Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com  
      Michael C. Mazack    on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Nov 12, 2019
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
            mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                 TOTAL: 22