IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 18-21259-CMB |
| ) | |
| Mark Bleier, ) | Chapter 13 |
| Darlene Bleier, ) | |
| ) | Related to: Document No. 102 |
| Debtors. ) | |
| ) | **ENTERED BY DEFAULT** |
| Thompson Law Group, P.C., ) | |
| ) | |
| Applicant, ) | |
| vs. ) | |
| ) | |
| No Respondent. ) | |

ORDER OF COURT

AND NOW, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$1,384.60** for services rendered on behalf of the Debtors for the period between June 12, 2019 through November 7, 2019, which represents $1,350.00 in attorney fees and $34.60 in costs.

A previous Order of Court dated July 2, 2019 awarded fees and expenses in the amount of $10,313.14.

Date: November 13, 2019

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/13/19 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Bleier
Darlene Bleier
    Debtors

Case No. 18-21259-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2      Date Rcvd: Nov 13, 2019
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
db/jdb         +Mark Bleier,    Darlene Bleier,    1352 High Oak Court,    Pittsburgh, PA 15241-3500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
            Brian C. Thompson    on behalf of Plaintiff Darlene  Bleier bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
            Brian C. Thompson    on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
            Brian C. Thompson    on behalf of Plaintiff Mark  Bleier bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
            Brian C. Thompson    on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
            James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon bkgroup@kmllawgroup.com
            James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com, cnoroski@grblaw.com
            Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com, cnoroski@grblaw.com
            Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
            Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
            Jillian Nolan Snider    on behalf of Creditor    Township of Upper St. Clair jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
            Jillian Nolan Snider    on behalf of Creditor    Upper St. Clair School District jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
            Kevin Scott Frankel    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon pabk@logs.com
            Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al... pabk@logs.com
            Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
            Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
            Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com
            Michael C. Mazack    on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2            User: gamr                  Page 2 of 2                 Date Rcvd: Nov 13, 2019
                                Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                               TOTAL: 22