IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| Mark Bleier, | Bankruptcy No. 18-21259-CMB |
| Darlene Bleier, | |
| | Chapter 13 |
| Debtors. | |
| | Related to: Document No. 105 |
| Thompson Law Group, P.C., | |
| | **ENTERED BY DEFAULT** |
| Movant, | |
| | |
| v. | |
| | |
| No Respondent, | |
| | |
| Respondent. | |

### ORDER OF COURT

AND NOW, upon consideration of the Motion for Judgment Order Relating to Administrative Fees of Thompson Law Group, P.C., it is hereby ORDERED, ADJUDGED, and DECREED that a Money Judgment is entered in favor of Brian C. Thompson, Esquire and Thompson Law Group, P.C. in the amount of $7,735.30 against Mark Bleier and Darlene Bleier.

It is further ORDERED, ADJUDGED, and DECREED that this Order may be registered and shall be entitled to full faith and credit as a judgment in any Court of the United States of America pursuant to the Pennsylvania Uniform Registration of Foreign Judgments Act, 42 Pa. C.S.A. §4306.

Date: November 13, 2019

Carlota M. Böhm      glb
Chief United States Bankruptcy Judge

FILED
11/13/19 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Bleier
Darlene Bleier
    Debtors

Case No. 18-21259-CMB
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: nsha               Page 1 of 2            Date Rcvd: Nov 14, 2019
                               Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db/jdb         +Mark Bleier,    Darlene Bleier,    1352 High Oak Court,    Pittsburgh, PA 15241-3500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:

        Brian C. Thompson    on behalf of Plaintiff Darlene  Bleier bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
        Brian C. Thompson    on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
        Brian C. Thompson    on behalf of Plaintiff Mark  Bleier bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
        Brian C. Thompson    on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com,
         blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;mswenson@thompsonattorney.com
        James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of Bridgeville jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Chartiers Valley School District jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov,
         patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
        Jillian Nolan Snider    on behalf of Creditor    Township of Upper St. Clair jsnider@tuckerlaw.com,
         agilbert@tuckerlaw.com
        Jillian Nolan Snider    on behalf of Creditor    Upper St. Clair School District jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
        Kevin Scott Frankel    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank of New York Mellon pabk@logs.com
        Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al... pabk@logs.com
        Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com,
         jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
        Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
         jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
        Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com
        Michael C. Mazack    on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
         sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2            User: nsha              Page 2 of 2             Date Rcvd: Nov 14, 2019
                                Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 22