# PROCEEDING MEMO

**Date: 12/18/2019 11:00 am**

**In re:**   Mark Bleier
Darlene Bleier

Bankruptcy No. 18-21259-CMB
Chapter: 13
Doc. # 64

**Appearances:** Katz/
, Lemon, Locknikar, Geisler

**Nature of Proceeding:** #64 Contested Hearing Re: Amended Chapter 13 Plan Dated 10/04/2019

**Additional Pleadings:**   #65 Certificate of Service
#72 Objection by Township of Upper St. Clair and Upper St. Clair School District
#73 Conciliation Conference Minutes Dated 01/31/2019
#80 Interim Order Signed 04/10/2019 Confirming Plan As Modified
#81 Conciliation Conference Minutes Dated 04/04/2019
#99 Order Signed 09/13/2019 Setting Hearing to File an Amended Plan Issued Pursuant to 09/12/2019 Proceeding
#100 Conciliation Conference Minutes Dated 09/12/2019
#111 Conciliation Conference Minutes Dated 11/07/2019

**Judge's Notes:**
case dismissed without prejudice

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
12/18/19 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA