Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mark Bleier** | : | Case No. 18−21259−CMB |
| **Darlene Bleier** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 18th of December, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 18-21259-CMB
Mark Bleier                                                             Chapter 13
Darlene Bleier
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr                   Page 1 of 3                   Date Rcvd: Dec 18, 2019
                               Form ID: 309                 Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2019.
db/jdb         +Mark Bleier,    Darlene Bleier,    1352 High Oak Court,    Pittsburgh, PA 15241-3500
cr             +Bayview Loan Servicing, LLC, et al...,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr             +Borough of Bridgeville,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA   15219,   UNITED STATES 15219-6101
cr             +Chartiers Valley School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA   15219,   UNITED STATES 15219-6101
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA   15219,   UNITED STATES 15219-6101
cr             +Credit Acceptance Corporation,    25505 W. 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA   15219,
                 U.S.A. 15219-1956
cr             +Upper St. Clair School District,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, PC,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
14822089       +Allegheny County Tax Claim Bureau,    436 Grant Street Room 108,    Pittsburgh PA 15219-2429
14802931       +BNY Mellon,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
14851376       +Borough of Bridgeville,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14822090       +Bridgeville Borough,    425 Bower Hill road,    Bridgeville PA 15017-2379
14882032      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,     PO BOX 117,   COLUMBUS, OH 43216)
14802933        Capital One Auto Finance,    PO Box 75093,    Plano, TX 75025
14851377       +Chartiers Valley School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14802934       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14802935        Comcast Corporation,    Comcast Center,    JFK Blvd.,    Philadelphia, PA 19103
14851378       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14803589       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14802937       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14822094       +John K. Weinstein,    Room 108 Courthouse,    436 Grant Street,    Pittsburgh PA 15219-2429
14822092       +Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
14802940       +Pediatric South,    3055 Washington Road,    Canonsburg, PA 15317-3279
14825153       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14802941       +Shapiro and Denardo LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14802942       +South Hills Orthopaedic,    363 Vanadium Rd #103,    Pittsburgh, PA 15243-1477
14822095       +Township of Upper St Clair,    1820 McLaughlin Run Road,    Pittsburgh PA 15241-2300
14833463       +Township of Upper St. Clair,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
14822096       +U.S. Attorneys Office,    Western District of PA,    4000 US Post Office & Courthouse,
                 700 Grant Street,    Pittsburgh, PA 15219-1906
14833486       +Upper St. Clair School District,    and Upper St. Clair Township,
                 c/o Michael C. Mazack, Esquire,    Tucker Arensberg, P.C.,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Dec 19 2019 07:58:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14862287       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 19 2019 03:16:12
                 BNY Mellon, et al...,    c/o Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,
                 5th Floor,    Coral Gables, FL 33146-1837
14802930       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 19 2019 03:16:12
                 Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    Miami, FL 33146-1837
14802932        EDI: CAPITALONE.COM Dec 19 2019 07:58:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14834007       +EDI: AISACG.COM Dec 19 2019 07:58:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
14804707       +E-mail/Text: bankruptcy@cavps.com Dec 19 2019 03:16:08       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14802936        EDI: CREDPROT.COM Dec 19 2019 07:58:00      Crd Prt Asso,    One Galleria Tower,
                 Dallas, TX 75240
14802938       +EDI: CCUSA.COM Dec 19 2019 07:58:00      Credit Coll/usa,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14802939       +E-mail/Text: bdsupport@creditmanagementcompany.com Dec 19 2019 03:16:11
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14822091       +EDI: IRS.COM Dec 19 2019 07:58:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia PA 19101-7346
```

```
District/off: 0315-2              User: gamr                  Page 2 of 3                  Date Rcvd: Dec 18, 2019
                                  Form ID: 309                Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14859869          E-mail/PDF: resurgentbknotifications@resurgent.com Dec 19 2019 03:18:20
                   LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14869172         +E-mail/Text: csc.bankruptcy@amwater.com Dec 19 2019 03:16:29      Pennsylvania American Water,
                   PO Box 578,    Alton, IL 62002-0578
14893135          E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2019 03:16:33
                   Select Portfolio Servicing, LLC,    PO Box 65250,    Salt Lake City, UT 84165-0250
14802943         +E-mail/Text: collection@sdfcu.org Dec 19 2019 03:16:20      State Department Fcu,
                   1630 King Street,    Alexandria, VA 22314-2763
14876953         +E-mail/Text: collection@sdfcu.org Dec 19 2019 03:16:20
                   State Department Federal Credit Union,    1630 King Street,    Alexandria, VA 22314-2745
14853394          EDI: AIS.COM Dec 19 2019 07:58:00      Verizon,    by American InfoSource LP as agent,
                   PO Box 248838,    Oklahoma City, OK 73124-8838
14802944         +EDI: VERIZONCOMB.COM Dec 19 2019 07:58:00      Verizon Wireless,    Po Box 650051,
                   Dallas, TX 75265-0051
14821358         +E-mail/Text: bankruptcy@firstenergycorp.com Dec 19 2019 03:15:59      West Penn Power,
                   5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Capital One Auto Finance
cr               Select Portfolio Servicing as servicer for The Ban
cr               The Bank of New York Mellon
cr*             +Township of Upper St. Clair,    c/o Michael C. Mazack, Esquire,    Tucker Arensberg, P.C.,
                   1500 One PPG Place,    Pittsburgh, PA 15222-5413
14822097*        +West Penn Power,    5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                        TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
```
              Brian C. Thompson    on behalf of Plaintiff Darlene  Bleier bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Darlene  Bleier bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Mark  Bleier bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Mark  Bleier bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com;mswenson@thompsonattorney.com
              James  Warmbrodt    on behalf of Creditor   Select Portfolio Servicing as servicer for The Bank of
               New York Mellon bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Borough of Bridgeville jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   Chartiers Valley School District jhunt@grblaw.com,
               cnoroski@grblaw.com
```

```
District/off: 0315-2           User: gamr                Page 3 of 3              Date Rcvd: Dec 18, 2019
                               Form ID: 309              Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Jillian Nolan Snider    on behalf of Creditor    Township of Upper St. Clair jsnider@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Jillian Nolan Snider    on behalf of Creditor    Upper St. Clair School District
           jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Bayview Loan Servicing, LLC, et al... pabk@logs.com
          Kevin Scott Frankel    on behalf of Creditor    Select Portfolio Servicing as servicer for The Bank
           of New York Mellon pabk@logs.com
          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
           jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Laurence A. Mester    on behalf of Defendant    Capital One Auto Finance lmester@mesterschwartz.com,
           jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
          Michael C. Mazack    on behalf of Creditor    Upper St. Clair School District mmazack@tuckerlaw.com
          Michael C. Mazack    on behalf of Creditor    Township of Upper St. Clair mmazack@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 22