**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARK BLEIER
DARLENE BLEIER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.:18-21259

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/30/2018 and confirmed on 06/07/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 27,094.67 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,094.67 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,485.99 | |
|   Trustee Fee | 1,179.63 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,665.62 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 1460 | 0.00 | 17,429.44 | 0.00 | 17,429.44 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 1460 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 1460 | 234,220.58 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: K244 | 2,083.09 | 0.00 | 0.00 | 0.00 |
| BOROUGH OF BRIDGEVILLE (R/E)<br>Acct: 5L80 | 936.10 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 4465 | 25,406.50 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: 5L80 | 3,000.60 | 0.00 | 0.00 | 0.00 |
| UPPER ST CLAIR TWP (SWG)<br>Acct: K244 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF UPPER ST CLAIR (RE)<br>Acct: K244 | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21259 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Secured | | | | | |
| | TOWNSHIP OF UPPER ST CLAIR (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: K244 | | | | |
| | UPPER ST CLAIR TWP (SWG) | 80.63 | 0.00 | 0.00 | 0.00 |
| | Acct: K244 | | | | |
| | BOROUGH OF BRIDGEVILLE (R/E) | 622.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 5L80 | | | | |
| | CHARTIERS VALLEY SD (BRIDGEVILLE) (R | 12,846.79 | 0.00 | 0.00 | 0.00 |
| | Acct: 5L80 | | | | |
| | CHARTIERS VALLEY SD (BRIDGEVILLE) (R | 11,110.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 5L80 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 969.20 | 0.00 | 0.00 | 0.00 |
| | Acct: K244 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 2,580.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 5L80 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 103.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 5L78 | | | | |
| | COUNTY OF ALLEGHENY (R/E TAX)* | 318.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 5L78 | | | | |
| | STATE DEPARTMENT FCU | 1,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4465 | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPITA | 9,000.00 | 730.83 | 744.85 | 1,475.68 |
| | Acct: 9921 | | | | |
| | CREDIT ACCEPTANCE CORP* | 14,860.21 | 3,081.29 | 1,132.64 | 4,213.93 |
| | Acct: 2801 | | | | |
| | | | | | 23,119.05 |
| Priority | | | | | |
| | BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARK BLEIER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 2,500.00 | 2,485.99 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 6,313.14 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXX1-19 | | | | |
| | THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 1,384.60 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX2-19 | | | | |
| | INTERNAL REVENUE SERVICE* | 113,250.66 | 0.00 | 0.00 | 0.00 |
| | Acct: 4465 | | | | |
| | UPPER ST CLAIR SD & UPPER ST CLAIR T | 4,023.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 5687 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXX9CMB | | | | |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1279 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3697 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|   TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   TUCKER ARENSBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WILLIAM CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   BAYVIEW LOAN SERVICING LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   IRVING FIRMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7871 | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6701 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0309 | | | | |
|   STATE DEPARTMENT FCU | 1,130.35 | 0.00 | 0.00 | 0.00 |
| Acct: 4465 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 744.91 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   WEST PENN POWER* | 8,068.46 | 0.00 | 0.00 | 0.00 |
| Acct: 4859 | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PEDIATRIC SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SOUTH HILLS ORTHOPAEDIC SURG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 289.48 | 0.00 | 0.00 | 0.00 |
| Acct: 7119 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 2,056.82 | 0.00 | 0.00 | 0.00 |
| Acct: 1056 | | | | |
|   INTERNAL REVENUE SERVICE* | 9,275.23 | 0.00 | 0.00 | 0.00 |
| Acct: 4465 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPITA | 11,812.86 | 0.00 | 0.00 | 0.00 |
| Acct: 9921 | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 1,331.69 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 242.49 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 2,571.74 | 0.00 | 0.00 | 0.00 |
| Acct: 2089 | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PA AMERICAN WATER(*) AKA AMERICAN | 1,057.68 | 0.00 | 0.00 | 0.00 |
| Acct: 2786 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| 18-21259 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 4 of 4 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   STATE DEPARTMENT FCU | 986.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 4465 | | | | |
|   COLUMBIA GAS OF PA INC(*) | 1,445.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 4465 | | | | |

\*\*\* N O N E \*\*\*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 23,429.05 |
| TOTAL CLAIMED | | |
| PRIORITY | 117,583.96 | |
| SECURED | 319,638.27 | |
| UNSECURED | 41.013.53 | |

Date: 01/16/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com