## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

In re:                                                                                         Case No. 18-21259CMB
    MARK BLEIER
    DARLENE BLEIER
         Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/30/2018.

2) The plan was confirmed on 06/07/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/18/2019.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $29,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $27,094.67 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $27,094.67

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,485.99 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $1,179.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,975.62

Attorney fees paid and disclosed by debtor:   $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON - TRU | Secured | 492,950.55 | 525,962.37 | 0.00 | 17,429.44 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 0.00 | 234,220.58 | 234,220.58 | 0.00 | 0.00 |
| BOROUGH OF BRIDGEVILLE (R/E) | Secured | 10.45 | 936.10 | 936.10 | 0.00 | 0.00 |
| BOROUGH OF BRIDGEVILLE (R/E) | Secured | 0.00 | 622.02 | 622.02 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV ( | Secured | 10,203.00 | 17,200.00 | 9,000.00 | 730.83 | 744.85 |
| CAPITAL ONE AUTO FINANCE - DIV ( | Unsecured | 0.00 | 3,612.86 | 11,812.86 | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | NA | 289.48 | 289.48 | 0.00 | 0.00 |
| CHARTIERS VALLEY SD (BRIDGEVIL | Secured | NA | 12,846.79 | 12,846.79 | 0.00 | 0.00 |
| CHARTIERS VALLEY SD (BRIDGEVIL | Secured | NA | 11,110.39 | 11,110.39 | 0.00 | 0.00 |
| COLUMBIA GAS OF PA INC(*) | Unsecured | NA | 1,445.05 | 1,445.05 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 969.20 | 969.20 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 2,580.22 | 2,580.22 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 103.36 | 103.36 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 318.58 | 318.58 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 2,083.09 | 2,083.09 | 2,083.09 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 1,610.08 | 3,000.60 | 3,000.60 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Secured | 15,813.00 | 14,860.21 | 14,860.21 | 3,081.29 | 1,132.64 |
| CREDIT COLLECTIONS USA | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN. | Unsecured | 911.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 13,897.48 | 25,406.50 | 25,406.50 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 0.00 | 113,250.66 | 113,250.66 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 9,275.23 | 9,275.23 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 2,571.74 | 2,571.74 | 0.00 | 0.00 |
| PA AMERICAN WATER(*) AKA AMER | Unsecured | NA | 1,057.68 | 1,057.68 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 2,056.82 | 2,056.82 | 0.00 | 0.00 |
| STATE DEPARTMENT FCU | Unsecured | 2,701.00 | 1,130.35 | 1,130.35 | 0.00 | 0.00 |
| STATE DEPARTMENT FCU | Secured | NA | 1,500.00 | 1,500.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STATE DEPARTMENT FCU | Unsecured | NA | 986.77 | 986.77 | 0.00 | 0.00 |
| TOWNSHIP OF UPPER ST CLAIR (RE) | Secured | NA | 1,755.67 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF UPPER ST CLAIR (RE) | Secured | NA | 839.34 | 0.00 | 0.00 | 0.00 |
| UPPER ST CLAIR SD & UPPER ST CLA | Priority | NA | 4,023.30 | 4,023.30 | 0.00 | 0.00 |
| UPPER ST CLAIR TWP (SWG) | Secured | NA | 80.63 | 80.63 | 0.00 | 0.00 |
| UPPER ST CLAIR TWP (SWG) | Secured | 3,342.45 | 3,966.69 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | 759.00 | 744.91 | 744.91 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 1,331.69 | 1,331.69 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 242.49 | 242.49 | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 8,068.46 | 8,068.46 | 8,068.46 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $17,429.44 | $0.00 |
| Mortgage Arrearage | $234,220.58 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,860.21 | $3,812.12 | $1,877.49 |
| All Other Secured | $61,557.48 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$319,638.27** | **$21,241.56** | **$1,877.49** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $117,273.96 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$117,273.96** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,013.53** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,975.62 |
| Disbursements to Creditors | $23,119.05 |
| **TOTAL DISBURSEMENTS :** | **$27,094.67** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/07/2020                               By: /s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**